NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT MYER TONEY, DOC #Y45509,     )
                                    )
            Appellant,              )
                                    )
v.                                  )       Case No.  2D18-4797
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed October 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.



PER CURIAM.

            Affirmed.




SILBERMAN, MORRIS, and SMITH, JJ., Concur.